MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

RICK ANTHONY FRAYER

Case: 2:25-cv-10036
Assigned To : Edmunds, Nancy G.
Referral Judge: Grand, David R.
Assign. Date : 1/6/2025
Description: CMP FRAYER V. MT. FOREST TOWNSHIP ET AL (AB)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial:   ■ Yes   ☒ No
*(check one)*

v.

MT. FOREST TOWNSHIP / BRANDON MERVY / MICHAEL HARANCIA
BAY COUNTY TREASURER
WESTON PRINCE
ASWELL BAY COUNTY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

FALSIFYING GOVERMENT DOCUMENTS
MAIL FRAUD
EXTORTION
VIOLATING my RIGHTS

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Rick Anthony Frayer
- Street Address: 5445 Gilbert Rd
- City and County: Pinconning  Bay
- State and Zip Code: Michigan  48650
- Telephone Number: 989-615-6908
- E-mail Address: Rick_Frayer@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

- Name: Mt. Forest Township / Michael Haranda
- Job or Title (if known): Supervisor
- Street Address: 1705 West Cody Estey Rd
- City and County: Pinconning  Bay
- State and Zip Code: Michigan  48650
- Telephone Number: 989-879-7575
- E-mail Address (if known):

**Defendant No. 2**

- Name: Mt. Forest Township / Brandon Mervy
- Job or Title (if known): Tax Assessment
- Street Address: 1705 West Cody Estey Rd
- City and County: Pinconning  Bay
- State and Zip Code: Michigan  48650
- Telephone Number: 989-879-7575 / 989 313-7902
- E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

Name: BAY COUNTY TREASURER/WESTON PRINCE
Job or Title (if known): TREASURER
Street Address: 515 CENTER AVE #602
City and County: BAY CITY    BAY
State and Zip Code: MICHIGAN    48708
Telephone Number: 989-895-4285
E-mail Address (if known):

Defendant No. 4

Name: BAY COUNTY
Job or Title (if known):
Street Address: 515 CENTER AVE #602
City and County: BAY CITY    BAY
State and Zip Code: MICHIGAN    48708
Telephone Number: 989-895-4285
E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Right to own land / Exemptions / my shelter can not be taxed / violating my rights / falsifying government document for profit / extortion /*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* **Rick Anthony Frayer**,
   is a citizen of the State of *(name)* **Michigan**.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* **Bay County / Mt. Forest Township**, is a citizen of the State of *(name)* **Michigan**. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
   The defendant, *(name)* **Bay County / Mt. Forest**, is incorporated under the laws of the State of *(name)* **Michigan**, and has its principal place of business in the State of *(name)* **Michigan**. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000.00

## III. Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

PROPERTY WAS TAXED FROM 1986 TO NOW.
MY SHELTER AND PROPERTY IS NOT TAXABLE EXEMPTIONS FOR PERMANENT RESIDENCE

DEFENDANT
 FALSIFYING GOVERMENT DOCUMENT FOR PROFIT
 TAKING MY SHELTER
 THEY NEVER ASKED ME TO FILL OUT EXEMPTION FORM ??
 TO BE PERMANENT RESIDENCE EVEN AFTER I WAS ASKING THEM FOR EXEMPTION ? ALL FOR PROFIT

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

RETURN OF TAXES PAID
YES THEY ARE STILL ASKING FOR TAXES
MT. FOREST 100,000.00 + INTEREST THEY TOOK FOR TAXES
    ↓      ← BAY COUNTY
SO EACH 50 MILLION DOLLARS FOR HURTING ME COMMON LAW
FOR VIOLATING MY RIGHTS THAT ALONE IS MUCH MORE
THEN THIS AMOUNT
VIOLATING THERE OATH TO Up HOLD MY RIGHTS

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/23/2024, 20_____.

Signature of Plaintiff   Rick A Frayer
Printed Name of Plaintiff   RICK A FRAYER

**Additional Information:**

My Property does not fall in State Situs.

I am an always have been Permanent Residence Property is the Right to dominion over the use and disposition of an interest clause which is grounded in Stare Decisis

(Exempt) Blacks Law 6th Edition
Private Property Blacks Law 6th Edition Pg 1217
Ownership Black Law 5th Edition
(Allodial) Blacks Law 6th Edition

Stanton V Sullivan, 63 R.I. 216, 7A, 696 (1839)
United States V Sunset Cemetery Co. 132 F, 2d 163 (1943)

I am waiting on my (Patent) I sent in to BLM May 15-24 They are swamped with other App. for Patents hope to get them soon.

The Supreme court has warned they will Trick you if you don't know your Rights. Supreme court has warned because of what appear to be lawful commands on the surface, many citizens because of their Respect for what appears to be law, are cunningly coerced into waiving their rights, due to ignorance in (deceptive) practices in inferior administrative State Courts. Can not tax a non commercial Property that is used for Dwelling of owner or land. Township must prove of a Bussness (Land is Tax Free) collecting money to have no Authority to collect. What they are doing is Illegal

Thank you

JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RICK ANTHONY FRAYER

**DEFENDANTS**
MT. FOREST TOWNSHIP
BAY COUNTY TREASURE

(b) County of Residence of First Listed Plaintiff: BAY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: BAY
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
MYSELF

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| [x] 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | [x] 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | [x] 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 840 Trademark | [x] 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | 880 Defend Trade Secrets Act of 2016 | [x] 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | [x] 370 Other Fraud | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | | 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | 950 Constitutionality of State Statutes |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

County in which action arose: 9

